UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VANESSA BRITO,<br>on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br>vs.<br><br>ADG, LLC d/b/a GREAT EXPRESSIONS DENTAL CENTERS,<br><br>       Defendant. | Case No.   23-11185<br>Case No.   23-11220<br>Case No.   23-11223<br>Case No.   23-11386 |

**ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE CASES (ECF No. 9); ORDER CONSOLIDATING CASE Nos. 23-11185, 23-11220, 23-11223, 23-11386; and ORDER ADMINISTRATIVELY CLOSING CASE Nos. 23-11220, 23-11223, 23-11386**

From May 18, 2023 through June 9, 2023, four (4) cases were filed in this District: 2:23-cv-11185-JJCG-CI, 2:23-cv-11220-GCS-CI, 2:23-cv-11223-MFL-CI, and 2:23-cv-11386-LVP-DRG (the "Related Cases"). In each Related Case, the plaintiff(s) brought claims arising from an alleged data security incident that occurred in or around February 2023 and that defendant announced in or around May 2023. All of the Related Cases have since been reassigned to the undersigned as companion cases pursuant to Local Rule 83.11(b)(7). Plaintiffs and defendant in each of the Related Cases stipulate that the Related Cases should be consolidated.

**ACCORDINGLY, IT IS ORDERED** as follows:

1

(1) Civil Case Nos. 2:23-cv-11220, 2:23-cv-11223, and 2:23-cv-11386 are **CONSOLIDATED** with Civil Case No. 2:23-cv-11185.

(2) All future filings shall be made in the docket of the first-filed action, Civil Case No. 2:23-cv-11185, under the caption "In re Great Expressions Data Security Incident Litigation" (referred to hereinafter as the "Consolidated Action").

(3) Civil Case Nos. 2:23-cv-11220, 2:23-cv-11223, and 2:23-cv-11386 are **ADMINISTRATIVELY CLOSED**. No further filings shall be made in the other Related Cases. All pleadings therein maintain their legal relevance until the filing of a consolidated amended complaint in the Consolidated Action.

(4) Within twenty-eight (28) days of this Order, Plaintiffs shall file a consolidated complaint in the Consolidated Action.

(5) Within ten (10) days of plaintiffs filing the consolidated complaint, the parties shall submit a stipulated order setting: (a) a deadline for defendant to answer to the complaint, or (b) a briefing schedule for defendant's motion to dismiss.

**SO ORDERED.**

s/Jonathan J.C. Grey
Hon. Jonathan J.C. Grey
Dated: July 31, 2023           United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 31, 2023.

<div style="margin-left: 40%">

s/ **S. Osorio**
Sandra Osorio
Case Manager

</div>