## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re Great Expressions Data Security Incident Litigation | Case No.: 2:23-cv-11185<br><br>Hon. Jonathan J.C. Grey<br><br>**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY** |

Plaintiffs Vanessa Brito, Crystal Coffey, Jacqueline Williams, and Aprill Denson ("Plaintiffs") and Defendants ADG, LLC d/b/a Great Expressions Dental Centers ("ADG") and Great Expressions Dental Centers, P.C. ("GEDC") (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby jointly notify the Court that they have agreed to settle the above-captioned matter on a class-wide basis and request the Court stay the matter. In support thereof, the Parties state:

1.      On July 31, 2023, the Court granted Plaintiffs' Unopposed Motion to Consolidate. (Doc. 11).

2.      On August 28, 2023, Plaintiffs filed the Consolidated Class Action Complaint. (Doc. 13).

3.      On October 9, 2023, Defendants filed a Motion to Dismiss. (Doc 17). Thereafter, briefing on the Motion to Dismiss was completed on November 27, 2023. (Docs. 23 & 25).

4.      On December 18, 2023, the Parties filed a Joint Motion to Stay the Case Pending Mediation. (Doc 26.)  That Motion is currently pending.

5.      On March 21, 2024, the Parties participated in a mediation with Bennett G. Picker of Stradley Ronon, in which the Parties reached an agreement in principle to settle this matter on a class-wide basis.

6.      The Parties are currently preparing settlement documentation.

7.      Plaintiffs will be prepared to file a motion for preliminary approval of the class settlement on or before May 17, 2024.

WHEREFORE, the Parties respectfully request that the Court grant the instant Motion and enter an Order staying the action and requiring Plaintiffs to file a motion for preliminary approval of the class action settlement on or before May 17, 2024.

Dated: March 28, 2024                    Respectfully Submitted,

/s/ *Joseph M. Lyon*                      /s/ *Kevin P. Simpson*
Joseph M. Lyon                            Sean G. Wieber
**THE LYON FIRM**                         Kevin P. Simpson
2754 Erie Ave.                            **WINSTON & STRAWN LLP**
Cincinnati, OH 45208                      35 W. Wacker Dr.
Phone: (513) 381-2333                     Chicago, IL 60601
Fax: (513) 766-9011                       Tel.: 312-558-5600
jlyon@thelyonfirm.com                     Fax: 312-558-5700
                                          SWieber@winston.com
                                          KPSimpson@winston.com


Patrick A. Barthle II                     Michael P. Hindelang (P62900)
**MORGAN & MORGAN**                       Jad Sheikali
**COMPLEX**                               **HONIGMAN LLP**
**LITIGATION GROUP**                      660 Woodward Ave., Ste. 2290
201 N. Franklin Street, 7th Floor         Detroit, MI 48226

Tampa, Florida 33602                     Tel.: 313-465-7000
(813) 223-5505                           mhindelang@honigman.com
pbarthle@ForThePeople.com                jsheikali@honigman.com

*__Interim Co-Lead Counsel__*                 *__Attorneys for Defendants__*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2024, a true and correct copy of the

foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of

the foregoing document will be served upon counsel via transmission of Notices of

Electronic Filing generated by CM/ECF.


                                         /s/ *Joseph M. Lyon*