IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re Great Expressions Data Security Incident Litigation | Case No.: 2:23-cv-11185 <br><br> Hon. Jonathan J.C. Grey |

**ORDER GRANTING JOINT MOTION TO STAY (ECF NO. 27) AND FOR PLAINTIFFS TO FILE MOTION FORPRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

On March 28, 2024, plaintiffs Vanessa Brito, Crystal Coffey, Jacqueline Williams, and Aprill Denson ("plaintiffs") and defendants ADG, LLC d/b/a Great Expressions Dental Centers ("ADG") and Great Expressions Dental Centers, P.C. ("GEDC") (collectively, "defendants," and together with plaintiffs, the "parties"), by and through their undersigned counsel, filed a joint notice of settlement and motion to stay. (ECF No. 27.) For the reasons set forth below, the Court **GRANTS** the motion to stay.

On July 31, 2023, the Court granted plaintiffs' unopposed motion to consolidate. (ECF No. 11.) On August 28, 2023, plaintiffs filed the consolidated class action complaint. (ECF No. 13.) On October 9, 2023, defendants filed a motion to dismiss. (ECF No. 17.) After briefing on the

motion to dismiss was completed, the parties filed a joint motion to stay the case pending mediation. (ECF No. 26.) On March 21, 2024, the parties participated in a mediation with Bennett G. Picker of Stradley Ronon, and the parties reached an agreement in principle to settle this matter on a class-wide basis. The parties are currently preparing settlement documentation, and plaintiffs expect to file a motion for preliminary approval of the class settlement on or before May 17, 2024.

Accordingly, **IT IS ORDERED** that the motion to stay (ECF No. 27) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **STAYED** until plaintiffs file a motion for preliminary approval of the class action settlement or May 17, 2024, which is earlier.

**IT IS FURTHER ORDERED** that plaintiffs shall file a motion for preliminary approval of the class action settlement on or before May 17, 2024.

**SO ORDERED.**

Date: April 1, 2024   **s/Jonathan J.C. Grey**
Hon. Jonathan J.C. Grey
U.S. District Court Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 1, 2024.

       <u>s/ **S. Osorio**</u>
       Sandra Osorio
       Case Manager