UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re Great Expressions Data Security Incident Litigation | Case No.: 2:23-cv-11185-JJCG-CI<br><br>**ORDER EXTENDING PRELIMINARY APPROVAL MOTION DEADLINE AND STAY** |

On May 16, 2024, the parties filed their Joint Motion for Extension of the Preliminary Approval Motion Deadline and Stay. (ECF No. 31). Plaintiffs and Defendants stipulate to (i) extending the deadline for Plaintiffs to file a motion for preliminary approval of the class action settlement up to and including June 28, 2024 and (ii) extending the stay of this matter to June 28, 2024 or the date of Plaintiffs' filing of their motion for preliminary approval, whichever is earlier.

**ACCORDINGLY, IT IS ORDERED** as follows:

(1) Plaintiffs shall file their motion for preliminary approval of the class action settlement on or before June 28, 2024; and

(2) The stay of this matter is extended to June 28, 2024 or the date of Plaintiffs' filing of their motion for preliminary approval, whichever is earlier.

**SO ORDERED.**

Dated: May 20, 2024

s/Jonathan J.C. Grey<br>
Hon. Jonathan J.C. Grey<br>
United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 20, 2024.

                               s/ **S. Osorio**
                               Sandra Osorio
                               Case Manager