UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Vanessa Brito, et al.,

                Plaintiff(s),

v.                                                         Case No. 2:23−cv−11185−JJCG−CI
                                                          Hon. Jonathan J.C. Grey

ADG, LLC, et al.,

                Defendant(s),
_____/

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Jonathan J.C. Grey at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  December 12, 2024 at 03:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/Sandra A Osorio
                                                        Case Manager

Dated:   July 2, 2024